DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. MUSE

No. 80 PC.

Case below: 11 N.C. App. 389.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 30 July 1971.


STATE v. WALLER

No. 99 PC.

Case below: 11 N.C. App. 434.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.


STIREWALT v. SAVINGS & LOAN ASSOC.

No. 85 PC.

Case below: 11 N.C. App. 241.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.


WILLIAMS v. LEWIS

No. 89 PC.

Case below: 11 N.C. App. 306.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.